UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cv-23038

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

R & W SOUTH BEACH, INC. dba
HAND & STONE MASSAGE AND FACIAL SPA,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ, and Defendant, R & W SOUTH BEACH, INC. dba HAND & STONE MASSAGE AND FACIAL SPA, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice. Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 30th day of October, 2018.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Brian J. Stack*_____ |
| Jessica L. Kerr, Esquire | Brian J. Stack, Esq. |
| Florida Bar No. 92810 | Florida Bar No. 476234 |
| **THE ADVOCACY GROUP** | **STACK FERNANDEZ & HARRIS, P.A.** |
| 200 S.E. 6th Street, Suite 504 | 1001 Brickell Bay Drive, Suite 2650 |
| Fort Lauderdale, FL 33301 | Miami, Florida 33131 |
| Telephone: (954) 282-1858 | Telephone: (305) 371-0001 |
| Email: jkerr@advocacypa.com | Email: bstack@stackfernandez.com |
| Email: service@advocacypa.com | |
| | */s/* John M. Magliery |
| *Counsel for Plaintiff* | John M. Magliery, Esq. |
| | **DAVIS WRIGHT TREMAINE LLP** |
| | 1251 Avenue of the Americas, 21st Fl. |
| | New York, New York 10020 |
| | Telephone: (212) 603-6444 |
| | Email: johnmagliery@dwt.com |
| | |
| | *Counsel for Defendant R & W South Beach, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2018, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810
